1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDRE LUIS ORTEGA,

      Petitioner,                    No. CIV S-08-1657 EFB P

      vs.

KEN CLARK, Warden,

      Respondent.               <u>ORDER</u>

                              /

      Petitioner, a prisoner without counsel, has filed a petition for a writ of habeas corpus. *See* 28 U.S.C. § 2254. On December 11, 2008, the court ordered petitioner to either pay the filing fee or request leave of court to proceed *in forma pauperis*. The Clerk of the Court mailed petitioner a form application for leave to proceed *in forma pauperis*. The court also warned petitioner that his failure to return the completed form within 30 days would result in a recommendation that this action be dismissed.

      On January 14, 2009, petitioner requested an extension of time to file his application to proceed *in forma pauperis*. *See* Fed. R. Civ. P. 6(b). Subsequently, on January 20, 2009, petitioner filed a certified copy of his trust fund account statement, but he has still not filed an application to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(a).

1  Good cause appearing, it is ORDERED that petitioner's January 14, 2009, request for an
2  extension of time is granted and petitioner has 30 days from the date this order is served to file
3  his application for leave to proceed *in forma pauperis*.

4  IT IS FURTHER ORDERED that the Clerk of the Court is directed to mail to petitioner a
5  form application for leave to proceed *in forma pauperis*.

6  Dated: February 23, 2009.

```
                              _____
                              EDMUND F. BRENNAN
                              UNITED STATES MAGISTRATE JUDGE
```

2