IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDRE LUIS ORTEGA,

   Petitioner,      No. CIV S-08-1657 EFB P

  vs.

KEN CLARK, Warden,

   Respondent.     <u>ORDER</u>

_____/

   Petitioner, a prisoner without counsel, has filed a petition for a writ of habeas corpus. *See* 28 U.S.C. § 2254. On December 11, 2008, the court ordered petitioner to either pay the filing fee or request leave of court to proceed *in forma pauperis*. The Clerk of the Court mailed petitioner a form application for leave to proceed *in forma pauperis*. The court also warned petitioner that his failure to return the completed form within 30 days would result in a recommendation that this action be dismissed.

   On January 14, 2009, petitioner requested an extension of time to file his application to proceed *in forma pauperis*. *See* Fed. R. Civ. P. 6(b). Subsequently, on January 20, 2009, petitioner filed a certified copy of his trust fund account statement, but failed to file an application to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(a). On February 24, 2009, the court granted petitioner's request for an extension of time and ordered petitioner to file his

1

completed application for leave to proceed *in forma pauperis* within 30 days.

On March 5, 2009, petitioner filed an application to proceed *in forma pauperis*, but he failed to sign it.

Within 30 days from the day this order is served, petitioner may submit either the filing fee or the application required by section 1915(a). This is the third time the court has had to advise petitioner of the requirements for filing an application to proceed *in forma pauperis*. Petitioner's failure to comply completely with this order will result in a recommendation that this action be dismissed. The Clerk of the Court is directed to mail to petitioner a form application for leave to proceed *in forma pauperis*.

So ordered.

DATED: March 12, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE